UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

HENRY T. LIGGINS,

       Plaintiff,

v.

COUNTY OF WAYNE et al.,

       Defendants.
_____/

Case No. 1:19-cv-252

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: June 4, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge